USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2020

*UNITED STATES BANKRUPTCY COURT*
*SOUTHERN DISTRICT OF NEW YORK*
-------------------------------------------------------X

*In Re:*

**Scorpion Fitness Inc.**


-------------------------------------------------------X

FROM:   VITO GENNA, CLERK
        UNITED STATES BANKRUPTCY COURT
        SOUTHERN DISTRICT OF NEW YORK

TO:     RUBY J. KRAJICK, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

IN RE: Scorpion Fitness Inc.                    **BANKRUPTCY CASE: 19-B-11231 (MEW)**
DATE OF FILING NOTICE OF APPEAL: 07/03/2020
BANKRUPTCY DOCUMENT #: 257

*ORDER OF DISMISSAL*
*FOR*
*FAILURE TO PROSECUTE*
*BANKRUPTCY APPEAL*

20 Civ. 6139 (AT)

The above-referenced case is forwarded to District Court for possible dismissal. Petitioner has failed file the Designation of Items to be Included in the Record as required by:

    **_X_** FRBP 8009
    ___ Federal Rules of Civil Procedure (Rule _____)
    **_X_** 28 U.S.C. 1930 - the requirement to pay a filing fee
    ___ Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New
        York.

Dated:   **September 11, 2020**                     Vito Genna, Clerk
         New York, New York                         U.S. Bankruptcy Court, SDNY

                                            By:   __/s/ Anatin Rouzeau_____
                                                        Deputy Clerk

*ORDER*

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

 Dated:  October 5, 2020
         New York, New York                     _____
                                                **ANALISA TORRES**
                                                United States District Judge

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____          Ruby J. Krajick , Clerk
                                                     District Court, SDNY

                                            By: _____
                                                        Deputy Clerk