USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

UNITED STATES SOUTHERN DIST[RICT]
OF NEW YORK COURT OF APPE[ALS]

IN RE
SCORPION FITNESS, INC et al

Bankruptcy Case
No. 19 11321

JOHN SHAMS  (Appellant)

v

20-Civ 6139

DE LAGE LANDEN
FINANCIAL SERVICES

APPELLATE'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, Appellant hereby move to dismiss this appeal in Case 20-CV 6953. The appeal is mooted.

New York, NY
October 3, 2020

Respectfully,

John Shams

/s/ JOHN SHAMS
325 Fifth Avenue
New York, NY 10016
212 592 3492
johnzarium@gmail.com

Appellant is advised that this appeal is closed and has already been dismissed per the order at ECF No. 4.

SO ORDERED.

Dated: November 5, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge